UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



FILED BY ___Al___
Jul 8, 2014
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

ALEXIS GONZALEZ,

    *Plaintiff*

Vs

PHH MORTGAGE CORPORATION

d/b/a COLDWELL BANKER HOME

LOANS

    *Defendant*

Case No 14cv80912

Judge Middlebrooks/Brannon

**Trial by Jury Demanded**

## ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FCRA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C. §1331.

2. All conditions precedent to the bringing of this action have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is Alexis Gonzalez, a natural person, who resides in Palm Beach County, Florida.

4. The Defendant in this lawsuit is PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS an entity with offices at 1 Mortgage Way, Mount Laurel, NJ, 08054.

## VENUE

5. The occurrences which give rise to this action occurred in Palm Beach County, Florida and Plaintiff resides in Palm Beach County, Florida.

6. Venue is proper in the Southern District of Florida, West Palm Beach Division.

## GENERAL ALLEGATIONS

7. Plaintiff pulled his consumer credit report from EQUIFAX credit reporting agency and found that Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS made a hard inquiry on April 26th of 2013. (see exhibit A and exhibit A1)

8. Plaintiff sent a dispute letter concerning PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS hard inquiry to EQUIFAX credit reporting agency on May 10th of 2014.

9. EQUIFAX credit reporting agency conducted investigation pursuant 15 U.S.C. §1681i.

10. Plaintiff received EQUIFAX credit reporting agency results of investigation on 28th of May 2014 and hard inquiry made by PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS was still on Plaintiff's EQUIFAX consumer credit report.

11. Plaintiff pulled his consumer credit report from TRANSUNION credit reporting agency and found that Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS made a hard inquiry on April 26th of 2013. (see exhibit B).

12. Plaintiff sent a dispute letter concerning PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS hard inquiry to TRANSUNION credit reporting agency on May 16th of 2014.

13. TRANSUNION credit reporting agency conducted investigation pursuant 15 U.S.C. §1681i.

14. Plaintiff received results of TRANSUNION credit reporting agency investigation on 14th of June 2014 and hard inquiry made by PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS was still on Plaintiff's TRANSUNION consumer credit report.

15. On the 4th of June 2014 Plaintiff made a call to PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS and a representative of this company Emerly admitted that they had no records of Plaintiff's name and social security in their database.

16. On the 21st of June 2014 Plaintiff sent a notice of pending lawsuit to PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS by email.

17. On the 23rd of June 2014 Ruth Drass a representative of Customer Service Support Team of PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS responded to the Plaintiff stating that the matter at hand would be addressed to the Office of the President of PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS within 1-2 business days.

18. On or about 27th of June 2014 Deneene Ford a representative of PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS contacted Plaintiff by

phone and by email in attempt to solve the issue with Plaintiff's notice of pending lawsuit.

19. Ms Ford asked if the Plaintiff ever applied for a job with PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS, Plaintiff answered that he has never applied for a job with PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS.

20. Ms Ford claimed that the inquiry made by PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS was a soft inquiry. In response to this claim the Plaintiff sent Ms Ford a statement from the official Equifax web site "Key Terms found in your US Credit file Defined" that explained the nature of PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS inquiry as a hard inquiry.

21. On the 1st of July 2014 Plaintiff received an email and 2 pdf files with text consisting of unreadable symbols from Kelly Brinkley a Supervisor in the Office of the President of PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS. Ms. Brinkley stated that these pdf files were compliance documents and adverse action letter that was allegedly sent to the Plaintiff as a result of a loan application allegedly filed with PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS. Ms Brinkley stated that: *"PHH Mortgage Corporation ("PHHMC") does business as (d/b/a) Coldwell Banker Home Loans."*

22. On the 2nd of July 2014 Plaintiff requested Kelly Brinkley to send him the very same documents but in a readable format.

23. On the 2nd of July 2014 Kelley Brinkley sent requested documents to Plaintiff. None of these documents were neither Plaintiff's loan application nor any document stating Plaintiff's consent given to PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS to pull Plaintiff's consumer credit report. (See exhibits C and C1)

24. The Plaintiff asserts that he has never filed any loan applications with PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS. (see exhibit D)

25. Violations brought forth herein occurred within the statue of limitations as defined in FCRA, 15 U.S.C. § 1681p.

## COUNT I
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681b WILLFUL NON-COMPLIANCE BY DEFENDANT PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS

26. Paragraphs 1 through 25 are realleged as though fully set forth herein.

27. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

28. EQUIFAX is a credit reporting agency within the meaning of the FCRA 15 U.S.C. §1681a(f).

29. TRANSUNION is a credit reporting agency within the meaning of the FCRA 15 U.S.C. §1681a(f).

30. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. §1681a(d).

31. The FCRA 15 U.S.C. §1681b defines the permissible purposes for which a person may obtain a consumer credit report.

32. Such permissible purposes as defined by 15 U.S.C. §1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

33. Plaintiff never had any business dealings or any accounts with or has ever made application for credit from, made application for employment with, applied for insurance from, applied for a mortgage or home loan or received a bona fide offer of credit from the Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS.

34. At no time did Plaintiff give his consent for Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS to acquire his consumer credit report from any credit reporting agency.

35. On April 26th of 2013 Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS obtained the EQUIFAX consumer credit report of the Plaintiff with no permissible purpose in violation of the FCRA 15 U.S.C. §1681b.

36. On April 26th of 2013 Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS obtained the TRANSUNION consumer credit report of the Plaintiff with no permissible purpose in violation of the FCRA 15 U.S.C. §1681b.

37. The action of Defendant PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS obtaining the consumer credit report of the Plaintiff with no

permissible purpose or Plaintiff's consent was a violation of the FCRA, 15 U.S.C. §1681b and an egregious violation of Plaintiff's right to privacy.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS for actual or statutory, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

## COUNT II
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681s-2 WILLFUL NON-COMPLIANCE BY DEFENDANT PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS

38. Paragraphs 1 through 25 are realleged as though fully set forth herein.

39. Defendant is a furnisher of information within the meaning of the FCRA. *"A person who regularly and in the ordinary course of business furnishes information to the agency with respect to any consumer"*

40. EQUIFAX is a credit reporting agency within the meaning of the FCRA 15 U.S.C. §1681a(f).

41. TRANSUNION is a credit reporting agency within the meaning of the FCRA 15 U.S.C. §1681a(f).

42. PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS violated the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2 by failing to fully and properly investigate the Plaintiff's dispute of the erroneous hard inquiry made by Defendant on Plaintiff's TRANSUNION and EQUIFAX credit reports submitting

inaccurate information to EQUIFAX and TRANSUNION and by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of the incorrect information to the credit reporting agencies.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS for actual or statutory, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

.

Dated: July 8, 2014

Respectfully submitted

*/s/ Alexis J. Gonzalez*

ALEXIS GONZALEZ

7208 Pine Park Dr W

Lake Worth, Fl 33467

561-215-1447

Alexisg183@gmail.com

| Inquiries that display to companies (may impact your credit score) |
|---|
| This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score. |

| Company Information | Inquiry Date(s) |
|---|---|
| PHH Mortgage Services<br>308 Route 38 Moorestown, NJ 08057-3212 Phone: (800) 227-0775 | 04/26/2013 |

**Subject**
What type of inquiries are listed under the following section?

**Discussion Thread**

**Response Via Email (Emilia)**                                06/30/2014 09:10 AM

Dear Alexis Gonzalez ,

Please accept our sincere apologies for the delay in responding to your email.

With the information provided, I am unable to locate your Equifax membership registration to view your account, which is separate from your credit file.

In general, I can tell you that Credit Inquiries occur when part of your credit file is accessed by a company. There are different types of inquires: hard inquiries, soft inquires, and promotional inquiries. The last two types of inquiries have little or no impact on your score.

**Inquiries that display to companies during a credit application affect your credit score and these are also called "Hard Inquiries".**

We hope we have addressed your concern with our response. If you have any additional question or concerns, please provide the email address that was used during registration, your current / former address, your userid, and/or a recent order transaction number so that we can locate and review your Equifax membership account.

Thank you for contacting Equifax,

Equifax Customer Care - EXN11
Equifax Personal Information Solutions

Answers to your financial questions. All in one place.
Check it out today. Equifax Personal Finance Blog: www.equifax.com/blog

[---001:001400:15266---]



**MORTGAGE SERVICES** ( 1 MORTGAGE WAY, MOUNT LAUREL, NJ 08054, (800) 521-1924 x3 )
Requested On: 04/26/2013

**Inquiry Type:** Individual







**To dispute online go to: http://transunion.com/disputeonline**



Coldwell Banker Home Loans
1 Mortgage Way
Mount Laurel, NJ 08054

April 26, 2013

Alexis J Gonzalez
7208 Pine Park Drive W
Lake Worth, FL 33467

Your Reference number is: **11272224**

Dear   Alexis J Gonzalez,

Thank you for your recent home financing application. We have thoroughly reviewed your application, and regret that we are unable to approve your request at this time. Our decision is based upon the following reason(s):

▶ Alexis Gonzalez - Credit - Delinquent past or present credit obligations

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below:

| Name | Address | Phone number | Web site |
|---|---|---|---|
| CBCInnovis | 875 Greentree Road<br>8 Parkway Center<br>Pittsburgh, PA 15220 | (800) 698-1730 | www.cbcinnovis.com |
| Equifax Credit Information Services | P.O. Box 740241<br><br>Atlanta, GA 30374 | (800) 685-1111 | www.equifax.com |
| Experian | 701 Experian Parkway<br>P.O. Box 2002<br>Allen, TX 75013 | (888) 397-3742 | www.experian.com |
| TransUnion LLC | Consumer Disclosure Center<br>P.O. Box 1000<br>Chester, PA 19022 | (800) 888-4213 | www.transunion.com |

**Credit Information:**
   **Credit Score: 588  TransUnion**

   Date: April 26, 2013

   The Range of Scores:   Scores range from a low of 300 to a high of 850

   Key **Factors** that adversely affected your Credit Score:
      00038 Serious Delinquency, and Public Record Or Collection Filed
      00013 Time Since Delinquency Is Too Recent Or Unknown
      00018 Number of Accounts With Delinquency
      00020 Length of Time Since Derogatory Public Record Or Collection Is Too Short

Rev 01/06/2012

Page 1 of 2

*Continued on next page* 

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agencies. The reporting agencies played no part in our decision and are unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agencies, if you request it no later than 60 days after you receive this notice. Our request for your credit file will appear on the credit report in the name of "Mortgage Services." In addition, if you find that any information contained in a report is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

If you have any questions or need additional information, contact me at the phone number or e-mail address below. Please include your reference number with any correspondence.

Sincerely,

*Gregory Hooks*

Gregory Hooks
Mortgage Advisor
(561) 542-4143 ext. 6683
Gregory.Hooks@mortgagefamily.com

**NOTICE**

**The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:**

**Federal Trade Commission
Equal Credit Opportunity
Washington, DC 20580**

Rev. 01/26/2012



Coldwell Banker Home Loans
1 Mortgage Way
Mount Laurel, NJ 08054

**April 26, 2013**

> **Please review the attached Credit Score and the Price You Pay for Credit.**

Alexis J Gonzalez
7208 Pine Park Drive W
Lake Worth, FL 33467

Your Reference number is: 11272224

Dear Alexis J Gonzalez,

This letter contains the *Credit Score and the Price You Pay for Credit* disclosure. Please retain this copy for your records.

If you have any questions regarding this disclosure, please contact me.

Sincerely,

*Gregory Hooks*

Gregory Hooks
Mortgage Advisor
NMLS ID# 200444
(561) 542-4143 ext. 6683
Gregory.Hooks@mortgagefamily.com

Attachments

Rev. 12/17/2010



Page 1 of 4

*Continued on next page*

# Your Credit Score and the Price You Pay for Credit
## Risk-Based Pricing Notice - Alternate for Residential Real Property

| Lender | Borrower | Date |
|---|---|---|
| Coldwell Banker Home Loans<br>1 Mortgage Way<br>Mount Laurel, NJ  08054 | Alexis J Gonzalez | April 26, 2013<br>**Loan Number**<br>11272224 |

**Property Address:** , ,

### Your Credit Score

| Your Credit Score | 588 | **Date:** April 26, 2013 |
|---|---|---|
| | **Source:** TransUnion | |

### Understanding Your Credit Score

| What you should know about Credit Scores | Your "*Credit Score*" is a number that reflects the information in your Credit Report.<br>Your "*Credit Report*" is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br>Your Credit Score can change, depending on how your credit history changes. |
|---|---|
| How we use your Credit Score | Your Credit Score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 300 to a high of 850<br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your Credit Score ranks higher than 19% percent of U.S. consumers. |

Rev. 12/17/2010

11272224

Page 2 of 4

Continued on next page

## Understanding Your Credit Score (continued)

| | |
|---|---|
| **Key factors that adversely affected your Credit Score** | 00038 Serious Delinquency, and Public Record Or Collection Filed<br>00013 Time Since Delinquency Is Too Recent Or Unknown<br>00018 Number of Accounts With Delinquency<br>00020 Length of Time Since Derogatory Public Record Or Collection Is Too Short |

## Checking Your Credit Report

| | |
|---|---|
| **What if there are mistakes in your Credit Report?** | You have a right to dispute any inaccurate information in your Credit Report. If you find mistakes on your Credit Report, contact the consumer reporting agency.<br><br>It is a good idea to check your Credit Report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your Credit Report?** | Under federal law, you have the right to obtain a free copy of your Credit Report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual Credit Report --<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br><br>*On the web:* Visit www.annualcreditreport.com<br><br>*By mail:* Mail your completed *Annual Credit Report Request Form* (which you can obtain from the Federal Trade Commission's web site at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about Credit Reports and your rights under federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

## Notice to the Home Loan Applicant

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your Credit Scores.

The Credit Score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit Scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit Scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your Credit Score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the Credit Score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

☐ **Experian**
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
1-888-397-3742
www.experian.com/reportaccess

☐ **Equifax Credit Information Services**
P.O. Box 740241
Atlanta, GA 30374
1-800-685-1111
www.equifax.com

☒ **Trans Union**
P.O. Box 2000
Chester, PA 19022
1-800-916-8800
www.transunion.com

Rev. 12/17/2010

11272224

Page 4 of 4



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ALEXIS GONZALEZ,

    *Plaintiff*

Vs

PHH MORTGAGE CORPORATION

d/b/a COLDWELL BANKER HOME

LOANS

    *Defendant*

Case No_____

Affidavit in support of complaint.

## AFFIDAVIT OF ALEXIS GONZALEZ

STATE OF FLORIDA )

COUNTY OF PALM BEACH )

Before me, the undersigned notary, on this day personally appeared Alexis Gonzalez, the affiant, a person whose identity is known to me. After I administrated an oath to affiant, affiant testified:

1. My name is Alexis Gonzalez, I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have never applied for a home loan or any other type of loan with PHH MORTGAGE CORPORATION d/b/a COLDWELL BANKER HOME LOANS.

Subscribed and signed voluntarily, under penalty of perjury, pursuant to the provisions of 18 U.S.C. §1621.

*[signature]*

ALEXIS GONZALEZ, Affiant

7208 Pine Park Dr W

Lake Worth, Fl 33467

561-215-1447

STATE OF FLORIDA

COUNTY OF PALM BEACH

On July 8, 2014, before me , the undersigned authority, personally appeared ALEXIS GONZALEZ, proved to me through evidence of identity, to wit: a Florida Driver's License, to be the signer(s) of the attached document, and who swore or affirmed to me, under the penalty of perjury, that the contents of said document are truthful and accurate.

Subscribed to and sworn before me.

Notary Public

Shawn Arena

My Commission expires: 10/24/14

SHAWN ARENA
Notary Public - State of Florida
My Comm. Expires Oct 24, 2014
Commission # EE 37037