UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80912-CIV-MIDDLEBROOKS

ALEXIS GONZALEZ,

    Plaintiff,

vs.

PHH MORTGAGE CORPORATION d/b/a
COLDWELL BANKER HOME LOANS,

    Defendant.
_____/

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND ORDER RE: SERVICE

THIS CAUSE comes before the Court upon the *pro se* Plaintiff's Motion to Proceed *In Forma Pauperis* (DE 3) ("Motion"), filed July 9, 2014. The Court has reviewed the record and is fully advised in the premises.

Determinations concerning applications to proceed *in forma pauperis* are governed by 28 U.S.C. § 1915. *See Brown v. Pena*, 441 F. Supp. 1382, 1384 (S.D. Fla. 1977), *aff'd*, 589 F.2d 1113 (5th Cir. 1979). District courts must review civil complaints filed *in forma pauperis* and shall dismiss complaints that are frivolous, malicious, or fail to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B).

A complaint is considered frivolous if it lacks an "arguable basis in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S. Ct. 1827, 104 L. Ed.2d 338 (1989). "Arguable" means "capable of being convincingly argued" and where the "realistic chances of ultimate success are slight." *Sun v. Forrester*, 939 F. 2d 924, 925 (11th Cir. 1991). A district court's authority to dismiss a complaint as frivolous under Section 1915(e) is broader than its authority

1

under Rule 12 of the Federal Rules of Civil Procedure. *See id.* at 925 (citing *Harris v. Menendez*, 817 F. 2d 737, 739-40 (11th Cir. 1987)). While a court must construe *pro se* pleadings liberally and hold them to a less stringent standard than pleadings drafted by attorneys, *see Hughes v. Lott*, 350 F. 3d 1157, 1160 (11th Cir. 2003) (quoting *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998), the court is not required to rewrite a *pro se* plaintiff's deficient pleading. *GJR Invs., Inc. v. Cnty. of Escambia, Fla.*, 132 F. 3d 1359, 1369 (11th Cir. 1998). It is with this standard in mind that I look to the instant Motion.

Liberally construing his Complaint, Plaintiff appears to allege that Defendant violated Sections 1681b and 1681s(2) of the Fair Credit Reporting Act by accessing his credit report without a permissible purpose. While Plaintiff cannot have a cause of action under § 1681s, which provides for agency enforcement of the FCRA, Plaintiff's Complaint appears to state a claim for § 1681b violations. Thus, based upon the factual allegations in Plaintiff's Complaint, I find that his Complaint is not frivolous, and, based on his financial statement, he qualifies to proceed *in forma pauperis*.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (DE 2) is **GRANTED.**

Further, because Plaintiff is proceeding *in forma pauperis*, the United States Marshal's Office will effectuate service; however before that can occur, Plaintiff must provide the Clerk of Court with the proper address of Defendant so that service may be made upon them. Accordingly, it is hereby

2

**ORDERED AND ADJUDGED** as follows:

1. Within twenty (20) days, Plaintiff shall file with the Clerk of Court the proper address of Defendant so that service may be made by the United States Marshal's Office;

2. If Plaintiff fails to comply with the instructions set forth in this Order, the <u>Court may dismiss the Complaint</u>;

3. If Plaintiff complies with the instructions set forth in this Order, the Clerk shall forthwith prepare the Summons and Complaint, and shall provide a copy of the Complaint and this Order to the United States Marshal's Office;

4. The United States Marshal is hereby directed to effectuate service of the Complaint and Summons;

5. The United States Marshal's Office shall keep the Court apprised of the status of service by promptly filing a return of service for the dependent party.

6. This Court requires a response from Defendants **within twenty-one (21) days** from the date of service. *See* Fed. R. Civ. P. 12(a)(1)(A).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21 day of July, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record;

   Alexis Gonzalez, *pro se*

3