UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ALEXIS GONZALEZ,

    *Plaintiff*

Vs

PHH MORTGAGE CORPORATION

d/b/a COLDWELL BANKER HOME

LOANS

    *Defendant*

Case No 9:14-cv-80912-DMM

## PLAINTIFF'S MOTION TO CORRECT ERROR

Plaintiff, Alexis Gonzalez, files this motion to correct an error discovered in the Order Granting Application To Proceed In Forma Pauperis and Order Re: Service and in support thereof states as follows:

1. In his original complaint for violations of FCRA Plaintiff alleged that Defendant violated § 1681s-2 *Responsibilities of furnishers of information to consumer reporting agencies*.

2. The Court ruled on § 1681s *Administrative enforcement* instead of § 1681s-2 then dismissed the second count of the Plaintiff's complaint.

WHERFORE, Plaintiff respectfully requests the court to correct the error and let

Plaintiff proceed with the second count violations of "§ 1681s-2 *Responsibilities of furnishers of information to consumer reporting agencies*".

Dated: July 31, 2014

Respectfully submitted

*[signature: Alexis Gonzalez]*

ALEXIS GONZALEZ

7208 Pine Park Dr W

Lake Worth, Fl 33467

561-215-1447

Alexisg183@gmail.com