UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED by _cff_ D.C.
AUG 04 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - W.P.B.

ALEXIS GONZALEZ,

*Plaintiff*

Vs

PHH MORTGAGE CORPORATION

d/b/a COLDWELL BANKER HOME

LOANS

*Defendant*

Case No 9:14-CV-80912-DMM

Judge DONALD M. MIDDLEBROOKS

## MOTION FOR OFFICIAL SERVICE OF PROCESS

1. The plaintiff in the above entitled matter hereby moves the court for an order directing the United States Marshal's Service to serve process pursuant to 28 U.S.C. § 1915(c).

2. The court has already approved my application to file the matter in forma pauperis. The full name and address of the defendant is contained in the summons.

Dated: July 31, 2014

Respectfully submitted

_____
ALEXIS GONZALEZ

7208 Pine Park Dr W

Lake Worth, Fl 33467

561-215-1447

Alexisg183@gmail.com