UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:14-cv-80912-DMM

ALEXIS GONZALEZ,

    Plaintiff,

vs().

PHH MORTGAGE CORPORATION D/B/A COLDWELL BAKER HOME LOANS

    Defendants.

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant, PHH MORTGAGE CORPORATION D/B/A COLDWELL BAKER HOME LOANS, ("PHH") hereby moves this Honorable Court for a twenty (20) day extension of time up through and including September 30, 2014, to file its response to Plaintiff's Complaint, and as grounds states as follows:

    1.    Pursuant to the Federal Rules of Civil Procedure, PHH's response to Plaintiff's Complaint (the "Response") was due on or before September 10, 2014.

    2.    Undersigned counsel has only recently been retained to represent PHH.

    3.    In order to prepare an appropriate response to Plaintiff's Complaint, undersigned counsel needs additional time to investigate and research the underlying facts and law concerning the instant action. In addition, undersigned counsel has recently had professional and other schedule conflicts, which made it impossible for her to fully research, formulate, and prepare a response.

    4.    The granting of this motion will not prejudice the Plaintiff.

1

5. Therefore, undersigned counsel for Defendant, PHH, is requesting an extension of time until September 30, 2014 to file its Response.

5. This motion is made in good faith and for good cause.

6. In accordance with S.D. Fla. L.R. 7.1, undersigned counsel certifies that she conferred with Plaintiff in a good faith effort to resolve the issues raised in the motion and as of the filing of this motion Plaintiff has not yet responded to the requested relief herein.

**WHEREFORE**, Defendant, PHH MORTGAGE CORPORATION D/B/A COLDWELL BAKER HOME LOANS, respectfully requests that this Honorable Court grant its motion, and enter an order extending the deadline for it to respond to Plaintiff's Complaint up to and including September 30, 2014.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301
Telephone:     (954) 768-8271
Telefax:          (954) 759-5571

By: */s/ MICHELE L. STOCKER*
MICHELE L. STOCKER
Florida Bar No.:  044105
stockerm@gtlaw.com
smithl@gtlaw.com
flservice@gtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of September 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by ECF System or by U.S. Mail to the following listed persons, who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *MICHELE L. STOCKER*

## SERVICE LIST

Alexis Gonzalez
7208 Pine Park Dr. W.
Lake Worth, FL 33467
Alexisg183@gmail.com
*Pro Se Plaintiff*

*FTL 109802194v1*