UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:14-cv-80912-DMM

ALEXIS GONZALEZ,

    Plaintiff,

vs.

PHH MORTGAGE CORPORATION D/B/A
COLDWELL BAKER HOME LOANS

    Defendants.

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the law firm of GREENBERG TRAURIG, P.A., through Jeremy R. Singer, hereby gives notice of its appearance as counsel on behalf of Defendant PHH MORTGAGE CORPORATION D/B/A COLDWELL BAKER HOME LOANS. All pleadings, motions and correspondence in the above-referenced matter should be sent to the undersigned attorney of record for Defendant.

Dated:   September 10, 2014

    Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301
Telephone:     (954) 768-8271
Telefax:          (954) 759-5571

By: */s/ JEREMY R. SINGER*
JEREMY R. SINGER
Florida Bar No.: 92049
singerj@gtlaw.com
depasqualem@gtlaw.com
flservice@gtlaw.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of September 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by ECF System or by U.S. Mail to the following listed persons, who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *JEREMY R. SINGER*

## SERVICE LIST

Alexis Gonzalez
7208 Pine Park Dr. W.
Lake Worth, FL 33467
Alexisg183@gmail.com
*Pro Se Plaintiff*

*FTL 109803001v1*