UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80912-CV-MIDDLEBROOKS/BRANNON

ALEXIS GONZALEZ,
          Plaintiff(s)

vs.

PHH MORTGAGE CORPORATION,
          Defendant(s).
_____/

## ORDER REFERRING CASE AND SETTING TRIAL DATE

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Trial before the Honorable Donald M. Middlebrooks, United States District Judge, at United States District Court at 701 Clematis Street, Second Floor, Courtroom 7, West Palm Beach, Florida, **during the two-week trial period commencing May 4, 2015 at 9:00 a.m.**, or as soon thereafter as the case may be called.  PLEASE TAKE FURTHER NOTICE that a **Status Conference/Calendar Call will be held on Wednesday, April 29, 2015 at 1:15 p.m.  ALL COUNSEL MUST BE PRESENT**.

1. **JURY TRIALS**

On or before the date of the Status Conference, counsel shall submit proposed jury instructions with the substantive charges and defenses, verdict forms, and motions in limine, if any.  Jury instructions shall be filed with the Clerk and a copy shall be submitted in Word format directly to middlebrooks@flsd.uscourts.gov. To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which their instruction is modeled. All other instructions shall include citations to relevant supporting case law.

## 2. **BENCH TRIALS**

In cases tried before the Court, each party shall file at least ONE WEEK prior to the beginning of the trial calendar, the proposed Findings of Fact and Conclusions of Law. An additional copy shall be sent in Word format to the chambers e-mail account listed above. Prior to **any** trial, counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits. All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number. At least two-weeks before trial the parties shall file their deposition designations along with objections in the event there are any. It is further

**ORDERED AND ADJUDGED,** pursuant to 28 U.S.C. § 636 (b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Dave Lee Brannon** to conduct a Scheduling Conference, pursuant to Local Rule 16.1.B, for the purpose of setting pre-trial deadline dates, discussion of the Cameras in the Courtroom Pilot Project, for determining possible consent to the jurisdiction of the Magistrate Judge for trial, and for the purpose of setting any settlement conferences in lieu of or in addition to mediation if the parties so request. Judge Brannon shall retain jurisdiction to resolve any disputes arising from the aforementioned proceeding(s). All counsel of record will be required to attend this conference which will be noticed by Magistrate Judge Brannon. Copies of any and all filings related to such scheduling conference, including proposed orders, must be sent directly to Judge Brannon at brannon@flsd.uscourts.gov.

**Further, any request to modify the above-set trial date must be made prior to the Scheduling Conference. The foregoing does not preclude consideration of a prompt motion to modify the trial date for good cause shown by a party joined in the litigation after the Scheduling Conference has occurred.**

The parties are directed, in accordance with CM/ECF procedures, as follows:

**COURTESY COPIES:** Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's Office all motions exceeding twenty-five pages. This copy shall be bound and any attachments and/or appendices must be indexed with tabs.

**PROPOSED ORDERS:** Pursuant to the CM/ECF Administrative Procedures, counsel shall send proposed orders in Word format for ALL motions directly to middlebrooks@flsd.uscourts.gov.[1]

**DONE AND ORDERED**, in Chambers, at West Palm Beach, Florida, this 22nd day of September, 2014.

Donald M. Middlebrooks
United States District Judge

cc: Honorable Dave Lee Brannon
All Counsel of Record

---

[1] This does not apply to orders relating to Judge Brannon's scheduling conference discussed above.